
FILED
JUL 26 2011
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Criminal Case No. **11CR2452BTM** |
| Plaintiff, | ) **I N F O R M A T I O N** |
| v. | ) Title 18, U.S.C. Sec. 371 - |
| ANDREW SMITH (1), | ) Conspiracy |
| BRIAN MESSENGER (2), | ) |
| Defendants. | ) |

The United States Attorney charges, at all times material:

### Count 1 - Conspiracy, 18 U.S.C. § 371

1. The University of California San Diego ("UCSD") is an educational institution located in La Jolla, California, within the Southern District of California. UCSD accepts bids and awards contracts for, among other things, electrical services and repairs.

2. Defendant ANDREW SMITH owns Custom Wiring/Andy Smith, an electrical contractor located within the Southern District of California. Defendant BRIAN MESSENGER owns Custom Wiring Electrical Services, an electrical contractor located within the Southern District of California. Defendants ANDREW SMITH and BRIAN MESSENGER frequently operated their two businesses together as one business

under the name "Custom Wiring" and often bid on contracts as one entity. As an electrical contractor, Custom Wiring regularly bid on electrical contracts with UCSD.

3. On or about March 17, 2010, UCSD published a "Request for Bid" on a "Lamp and Ballast Retrofit Project" with an estimated construction cost of approximately $170,000 ("the UCSD contract"). It was material to UCSD that the bids on the UCSD contract be free from collusion.

4. On or about April 16, 2010, UCSD used a commercial interstate mail carrier to deliver a notification letter to Custom Wiring stating that, as the lowest bidder, Custom Wiring would be awarded the UCSD contract.

## The Conspiracy

5. Beginning on at least March 29, 2010, and continuing thereafter to at least on or about April 1, 2010, within the Southern District of California and elsewhere, defendants ANDREW SMITH and BRIAN MESSENGER and others known and unknown, knowingly and intentionally conspired and agreed together to commit an offense against the United States, that is, mail fraud, by knowingly devising and intending to devise a scheme and artifice to defraud and to obtain money and property by materially false and fraudulent pretenses, representations and promises, and for the purpose of executing this fraudulent scheme and artifice to defraud, did knowingly cause to be delivered a matter by mail or by a private and commercial interstate carrier, in violation of Title 18, United States Code, Section 1341.

## Overt Acts

6. In furtherance of this conspiracy and to effect and accomplish the objects thereof, the following overt acts, *among*

others, were committed within the Southern District of California, and elsewhere:

a. On or about March 29, 2010, Defendant ANDREW SMITH contacted a competing bidder ("Bidder A") and offered to pay Bidder A money to submit a high bid on the UCSD contract.

b. On or about April 1, 2010, Defendants ANDREW SMITH and BRIAN MESSENGER met with Bidder A and gave Bidder A a Custom Wiring corporate check in the amount of $15,000 as payment in exchange for Bidder A submitting a higher bid on the UCSD contract.

c. On or about April 1, 2010, Bidder A submitted a bid of $144,000 on the UCSD contract.

d. On or about April 1, 2010, Defendants ANDREW SMITH and BRIAN MESSENGER offered another competing bidder ("Bidder B") $10,000 to submit a high bid on the UCSD contract.

e. On or about April 1, 2010, Bidder B submitted a bid of $145,600 on the UCSD contract.

f. On or about April 1, 2010, Defendants ANDREW SMITH and BRIAN MESSENGER submitted a bid of $136,500 on the UCSD contract knowing that Bidder A and Bidder B planned to submit higher bids, and concealed from UCSD the material fact that the bids were result of collusion.

All in violation of Title 18, United States Code, Section 371.

DATED: June 15, 2011

LAURA E. DUFFY
United States Attorney

*(signature)*

ANNALOU TIROL
Assistant United States Attorney